UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-13(1)

vs.

CHASE ALEXANDER CRUMP,           District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) REQUIRING THE PARTIES TO FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) REQUIRING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER**

---

       This criminal case is before the Court following Defendant's arraignment on February 14, 2024. Within 14 days of Defendant's arraignment, and pursuant to the Court's Standing Order Governing Criminal Cases (eff. Nov. 1, 2022), the parties shall meet and confer "and try to agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a). The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a date for the final pretrial conference, and a trial date.

       Pursuant to the Court's Standing Order Governing Criminal Cases, https://www.ohsd.uscourts.gov/FPNewman, when a case proceeds to sentencing, the deadline for filing sentencing memorandum is **seven days before the sentencing hearing**. Counsel may file a motion to extend the sentencing memorandum deadline. Such motions must be filed before the sentencing memorandum deadline and must show that good cause supports the requested extension. A motion to extend the sentencing memorandum deadline, or an untimely filed

sentencing memorandum, may result in a continuance of the sentencing hearing. If, after the final presentence investigation report ("PSR") is filed, counsel seeks to raise a new objection to the PSR, counsel must show that good cause supports allowing the untimely objection.[1] *See* Fed. R. Civ. P. 32(i)(1)(D) ("At sentencing, the court … may, for good cause shown, allow a party to make a new objection at any time before sentence is imposed").

A form Notice and Proposed Scheduling Order is attached hereto.

**IT IS SO ORDERED.**

February 16, 2024                                                           s/ Michael J. Newman
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge

---

[1] Objections to the initial PSR must be stated in writing "[w]ithin 14 days after receiving the presentence report …." Fed. R. Crim. P. 32(f)(1).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

─────, *et al.*,

    Defendants.

Case No. 3:Choose an item.

District Judge Michael J. Newman

---

**NOTICE AND PROPOSED SCHEDULING ORDER**

---

Pursuant to the Court's Standing Order Governing Criminal Cases (eff. Nov. 1, 2022), the parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 report that the present Speedy Trial Act deadline in this case is Click or tap to enter a date.  The parties propose the following scheduling order:

| | |
|---|---|
| Discovery deadline: | **Click or tap to enter a date.** |
| Motion filing deadline: | Click or tap to enter a date. |
| Final pretrial conference: | Click or tap to enter a date. at **Choose an item.** |
| Jury trial: | Click or tap to enter a date. at Choose an item. |

_____                              _____

Counsel for Defendant                                                     Counsel for the Government