UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHASE ALEXANDER CRUMP, *et al.*,

    Defendants.

Case No. 3:24-cr-13

District Judge Michael J. Newman

_____

## SCHEDULING ORDER
_____

This criminal case is before the Court following Defendant Mark Crump's indictment on February 7, 2024 and initial appearance on February 12, 2024.  The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **April 22, 2024**.  Doc. No. 26.  Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **February 26, 2024** |
| Substantive motion filing deadline: | **March 11, 2024** |
| Status report deadline: | **April 1, 2024** |
| Jury trial: | **April 15, 2024** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

<u> February 23, 2024 </u>                            <u>s/Michael J. Newman      </u>
                                                                            Hon. Michael J. Newman
                                                                           United States District Judge