UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:24-cr-13-1

vs.

CHASE ALEXANDER CRUMP,          District Judge Michael J. Newman

    Defendant.

---

**ORDER DENYING DEFENDANT CHASE ALEXANDER CRUMP'S MOTION TO TRANSFER TO THE SHELBY COUNTY JAIL (Doc. No. 32)**

---

    Defendant Chase Alexander Crump is presently a pretrial detainee in the custody of the United States Marshals Service at the Butler County Jail. This case is pending upon Defendant Crump's motion, through counsel, to transfer to the Shelby County Jail. Doc. No. 32. Having been advised that the medical concerns described in Defendant Crump's motion arise, in part, from a concern that he is voluntarily electing not to take his medicine, the motion to transfer is **DENIED**.

    **IT IS SO ORDERED.**

July 3, 2024                                                s/*Michael J. Newman*
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge