UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:24-cr-13-1

vs.

CHASE ALEXANDER CRUMP,

District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT CHASE ALEXANDER CRUMP'S MOTION TO RECONSIDER (Doc. No. 39); (2) DIRECTING THE UNITED STATES MARSHAL'S SERVICE TO TRANSFER DEFENDANT CHASE ALEXANDER CRUMP TO A FEDERALLY CONTRACTED COUNTY JAIL CLOSER TO MONTGOMERY COUNTY, OHIO; AND (3) AUTHORIZING THE MARSHAL'S SERVICE TO USE ITS DISCRETION AND PROFESSIONAL JUDGMENT TO SELECT A FEDERALLY CONTRACTED JAIL CLOSER TO MONTGOMERY COUNTY, OHIO WHERE DEFENDANT CRUMP WILL BE TRANSFERRED AND HELD PRETRIAL**

---

For good cause shown, Defendant Chase Alexander Crump's ("Defendant Crump") motion to reconsider his prior motion for transfer to a federally contracted jail closer to Montgomery County (Doc. No. 39) is **GRANTED**. The United States Marshal's Service is **ORDERED** to **TRANSFER** Defendant Crump to a federally contracted county jail closer to Montgomery County, Ohio. The Marshal's Service is **AUTHORIZED** to use its discretion and professional judgment to select a federally contracted jail closer to Montgomery County where Defendant Crump will be transferred and held pretrial.

    **IT IS SO ORDERED.**

    July 11, 2024                          s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge

cc:    United States Marshal's Service
        Dayton, Ohio