UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHASE ALEXANDER CRUMP, *et al.*,

    Defendants.

Case No. 3:24-cr-13

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT UNOPPOSED MOTION TO CONTINUE AND STATUS REPORT (Doc. No. 50); (2) EXCLUDING THE TIME FROM JANUARY 15, 2025 UNTIL APRIL 2, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS APRIL 22, 2025; (4) VACATING THE JANUARY 28, 2025 TRIAL DATE; (5) SETTING TRIAL FOR MARCH 31, 2025 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY MARCH 19, 2025**

---

    This criminal case is before the Court upon the parties' joint, unopposed motion to continue trial and their joint status report. Doc. No. 50. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

    The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

    Consequently, the time from January 15, 2025 until April 2, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring

Defendants to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **April 22, 2025**.[1] The Court also **VACATES** the January 28, 2025 trial date and **SETS** trial for **March 31, 2025**. Finally, the Court **REQUIRES** the parties to file a joint status report by **March 19, 2025.**

    **IT IS SO ORDERED.**

January 17, 2025                                s/*Michael J. Newman*
                                                   Hon. Michael J. Newman
                                                   United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.