UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                       Case No. 3:24-cr-13-1

vs.

CHASE ALEXANDER CRUMP,                  District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO CONTINUE; (2) EXCLUDING THE TIME FROM JULY 1, 2025 UNTIL SEPTEMBER 18, 2025 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS OCTOBER 8, 2025; (4) VACATING THE AUGUST 4, 2025 TRIAL DATE; (5) SETTING TRIAL FOR SEPTEMBER 18, 2025 AT 9:30 A.M.; AND (6) SETTING A TELEPHONE STATUS CONFERENCE FOR JULY 21, 2025 AT 10:30 A.M.**

---

        On July 1, 2025, the Court held a telephone status conference in this case.  AUSA Kelly Rossi appeared on behalf of the Government, and attorney James Fleisher appeared on behalf of Defendant.  During the status conference, Defendant orally moved to continue the case.  The Government did not oppose.  For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

        The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial.  Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from July 1, 2025 until September 18, 2025 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **October 8, 2025**.[1]  The Court also **VACATES** the August 4, 2025 trial date and **SETS** trial for **September 18, 2025**.  The Court **SCHEDULES** a telephone status conference for **July 21, 2025 at 10:30 A.M.** before Judge Michael J. Newman.  To join the Zoom Conference, counsel and participants shall call 1-646-828-7666.  Three steps are then needed to log into the Zoom Conference:

1) Enter the Meeting ID: 160 363 3497 and #;

2) Press # (again) to join as a participant; and

3) Enter the Passcode: 098 663 and #.

**IT IS SO ORDERED.**

July 2, 2025                                                                          s/*Michael J. Newman*
                                                                                              Hon. Michael J. Newman
                                                                                              United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.