UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,     Case No. 3:24-cr-13-1

vs.

CHASE ALEXANDER CRUMP,     District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO CONTINUE; (2) EXCLUDING THE TIME FROM JULY 21, 2025 UNTIL JANUARY 12, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (3) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS FEBRUARY 1, 2026; (4) VACATING THE SEPTEMBER 18, 2025 TRIAL DATE; (5) SETTING TRIAL FOR JANUARY 12, 2026 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY SEPTEMBER 4, 2025**

---

    On July 21, 2025, the Court held a telephone status conference in this case.  AUSA Kelly Rossi appeared on behalf of the Government, and attorney James Fleisher appeared on behalf of Defendant.  During the status conference, counsel for Defendant and the Government orally moved to continue the case.  For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

    The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial.  Failure to continue would deny both the Government and Defendants the time necessary for effective trial preparation and the ability to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from July 21, 2025 until January 12, 2026, by agreement of both sides and with the Court's consent, is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **February 1, 2026.**[1] The Court also **VACATES** the September 18, 2025 trial date and **SETS** trial for **January 12, 2026**. Finally, the Court **REQUIRES** the parties to file a joint status report by **September 4, 2025.**

**IT IS SO ORDERED.**

July 22, 2025                         s/*Michael J. Newman*
                                      Hon. Michael J. Newman
                                      United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.