UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:24-cr-13(1)

vs.

CHASE CRUMP, District Judge Michael J. Newman

Defendant.

---

**ORDER REQUIRING THE GOVERNMENT AND DEFENDANT TO BOTH FILE, WITHIN 21 DAYS AFTER RECEIPT OF THE EVIDENTIARY HEARING TRANSCRIPT, SUPPLEMENTAL BRIEFING ADDRESSING DEFENDANT'S OBJECTION TO THE FINAL PRESENTENCE INVESTIGATION REPORT**

---

This criminal case is before the Court following an evidentiary hearing on Defendant's objections to the Presentence Investigation Report ("PSR") (Doc. No. 112), which took place on August 20, 2026. AUSA Kelly Rossi appeared on behalf of the Government and attorney James Fleisher appeared on behalf of Defendant. At the conclusion of the hearing, both parties, through counsel, requested leave to file supplemental briefing, which the Court granted. The parties, through counsel, agreed to file simultaneous briefing within 21 days after receipt of the hearing transcript, and any responses within five days thereafter.

Accordingly, both the Government and Defendant shall each **FILE, within 21 days after receipt of the hearing transcript**, a supplemental brief containing analysis, supported by pertinent case law, addressing Defendant's objection to the PSR. The parties may file their respective responses, if any, within five days thereafter.

**IT IS SO ORDERED.**

August 25, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge